IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ESTATE OF UZI NISSAN,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN.COM, an Internet domain name, NISSAN.NET, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 1:23-cv-00821-PTG-IDD |

## PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO THE RULE 26(F) CONFERENCE

Plaintiff the Estate of Uzi Nissan ("Plaintiff"), by counsel, moves this Court, in accordance with the attached Memorandum of Law, for an Order granting limited discovery prior to the Rule 26(f) conference. Plaintiff seeks to issue third-party subpoenas to certain non-parties pursuant to Fed. R. Civ. P. 45 in order to determine the identity of Defendant John Doe. For the reasons set forth in the attached memorandum, Plaintiff respectfully requests that the Court grant this Motion and enter an Order in the form of the attached Proposed Order.

Dated: July 3, 2023

/s/ *Attison L. Barnes, III*
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice)*
Spencer Brooks (for *pro hac vice*)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000 (phone)
abarnes@wiley.law

*Counsel for Plaintiff*
*Estate of Uzi Nissan*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on July 3, 2023, I electronically filed the foregoing by using the CM/ECF system. I also notified the registrant(s) of the domain names through the contact information provided by the registrant to the registrar for the domain names.

/s/ *Attison L. Barnes, III*
Attison L. Barnes, III (VA Bar No. 30458)
WILEY REIN LLP
2050 M Street, NW
Washington, DC  20036
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law

*Counsel for Plaintiff*
*Estate of Uzi Nissan*