IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ESTATE OF UZI NISSAN,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN.COM, an Internet domain name, NISSAN.NET, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 1:23-cv-00821-PTG-IDD |

**NOTICE OF WAIVER OF HEARING**

Pursuant to Local Civil Rule 7(J) and Fed. R. Civ. P. 78, Plaintiff Estate of Uzi Nissan, by counsel, hereby waives hearing and submits Plaintiff's Motion for Leave to Take Discovery Prior to the 26(f) Conference for disposition upon the briefs of counsel.

Dated: July 3, 2023

/s/ *Attison L. Barnes, III*
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice)*
Spencer Brooks (for *pro hac vice*)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000 (phone)
abarnes@wiley.law

*Counsel for Plaintiff*
*Estate of Uzi Nissan*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on July 3, 2023, I electronically filed the foregoing by using the CM/ECF system.  I also notified the registrant(s) of the domain names through the contact information provided by the registrant to the registrar for the domain names.

    */s/ Attison L. Barnes, III*
Attison L. Barnes, III (VA Bar No. 30458)
WILEY REIN LLP
2050 M Street, NW
Washington, DC  20036
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law

*Counsel for Plaintiff*
*Estate of Uzi Nissan*