**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| ESTATE OF UZI NISSAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 1:23-cv-821 (PTG/IDD) |
| | ) | |
| NISSAN.COM, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

## <u>ORDER</u>

This matter comes before the Court on the January 31, 2024 Report and Recommendation ("R&R") (Dkt. 23) from Magistrate Judge Ivan D. Davis regarding Plaintiff's Motion for Default Judgment (Dkt. 19) against Defendants NISSAN.COM and NISSAN.NET domain names ("Defendant Domain Names"), pursuant to Federal Rule of Civil Procedure 55(b). The Magistrate Judge advised the parties that objections to the R&R must be filed within fourteen (14) days of service of the R&R and failure to object waives appellate review. Dkt. 23 at 13. To date, no objections have been filed.

After reviewing the record and the Magistrate Judge's R&R, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings and recommendations the Magistrate Judge set forth in the R&R (Dkt. 23). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 19) is **GRANTED**; it is further

**ORDERED** that judgement by default as to Count I of the First Amended Complaint is entered against Defendant Domain Names in Plaintiff's favor; it is further

**ORDERED** that Verisign, Inc. shall change the registrars of record for Defendant Domain Names to Plaintiff's domain name registrar of choice, GoDaddy.com, LLC; and it is further

**ORDERED** that GoDaddy.com, LLC, shall take all necessary steps to change the registrant of the Defendant Domain Names to Plaintiff.

The Clerk is directed to enter judgment in favor of Plaintiff as set forth above, pursuant to Federal Rule of Civil Procedure 55, and to close this action.

Entered this 16th day of April, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge